WILLIAM E. DEMAREST, Appellant, *v.* THE MAYOR, ALDER-MEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Submitted December 9, 1895; decided December 19, 1895.)

MOTION for re-argement denied, with costs. (See 147 N. Y. 203.)

---

MARIA ISOLA et al., Respondents, *v.* JOHN WEBER et al., Appellants.

(Submitted December 9, 1895; decided December 19, 1895.)

MOTION for re-argument denied, with costs. (See 147 N. Y. 329.)

---

THE PEOPLE ex rel. JOHN T. O'CONNOR, Appellant, *v.* LEVI P. MORTON et al., Trustees, etc., and FREDERICK P. EASTON, Superintendent of Public Buildings, Respondents.

THE PEOPLE ex rel. PETER E. BORST, Appellant, *v.* Same Respondents.

(Argued November 25, 1895; decided January 7, 1896.)

APPEALS from orders of the General Term of the Supreme Court in the third judicial department, made May 24, 1895, which affirmed orders of Special Terms denying motions for a writ of peremptory mandamus.

*Franklin M. Danaher* for appellants.

*Henry C. Nevitt* for respondents.

·Orders affirmed, with costs, on *People ex rel. Fonda* v. same defendants (*ante*, p. 156).

All concur.